IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARITZA MATOS,<br>　PLAINTIFF,<br><br>v.<br><br>AT&T CORPORATION, DEBBIE<br>GARETT, AND JANE DOE,<br>　DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 3:18-CV-02591-M-BK |

## ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant AT&T's *Motion to Compel Arbitration* is **GRANTED**, the motion to stay proceedings is **DENIED**, the parties are **ORDERED** to arbitrate this action in accordance with the terms and provisions of the arbitration agreement, and this action is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 15th day of October, 2019.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE